Kelvonda Edwards
37742 ID Plaintiff

VS

**5:21-CV-179-M**

U.S. [illegible] Court for Northern Dist of TX
Lubbock Division
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2021 AUG 27   AM 8:41

DEPUTY CLERK _____

Berry Gordey Founder Mo-Town
Raymond Young TDCJ Correctional officer
Usher Raymond Co-Producer Clive Davis Production
Sean Puffy Comb Bad Boy Lable NYNY
Phillip Green        for damages owe to me
a.k.a Ricky Harrison

Sean Puffy Comb, Usher Raymond Raymond young
Berry gordy Mo-Town
Have Stolen Contracts from me by Useing my
medical Records and Hippa State Health Privacy
Information. to Build a refference that would
allow them to be accepted on contracts that I
had already Closed the deal on for marriage
and Surrogate pregnacy agreement and sexual
relationship due natrual causes surgical proccedure
that cause me to be left with prostetic leg which in
my world is a real leg and Producer or co-Producer
Have the Right to [illegible] on the sexual relationship
I am able to arrange as a anputee person
I Have lost many Celebrita Contracts for good
sex with very famous people Because These BLM
Producer Have destroyed my reputation and
Career and Character with negtive drama
to famous women and nurses and Doctors

# LAMB COUNTY SHERIFF'S OFFICE
## DETENTION CENTER

### REQUEST FORM

INMATE:_____   TANK:_____   DATE:_____

☐ Administrator            ☐ Assistant Administrator            ☐ Jailer

Please list in DETAIL the nature of your request:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RESPONDING PERSONNEL:            ☐ Approved            ☐ Not Approved

NAME:_____   DATE:_____   TIME:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

******ALL REQUESTS TO SPEAK WITH THE ADMINISTRATOR OR THE ASSISTANT ADMINISTRATOR
MUST BE MADE ON A REQUEST FROM STATING IN DETAIL WHY YOU WISH TO SPEAK WITH THEM.

I am suing for $999 zillion in pain and suffering and lost contracts and wages and sarrogate children which come from rich background like white House / Buccanhem Palac Because my dad is the 36 president and my moms niece of Queen Elizabeth the accountability Act of 1996. 2. U.S.C. / 1320 det. Seg Rule adopted under the act have Been infected By Slander and deformation and also Contenence and report. I Have Been Hurt emotionally because I Have trouble meeting people who like me for my character and size and stamina and behavior and flieght and pelvic sexual Relation.

## Conclusion

I am not a prisoner But a private citizen in treatment who Have the right to accept contracts from famous girls and women without said parties coming into my enviornment and Underbidding my contracts by alcing themselves as a Better dad or professional Business MAN that I am even though I Have educational degrees that make me the more experience Business person and I am prejudiced By BLM Producers Because I Had Blood clots and Had to Have my left leg Removed below the knee and ill Have leg But is real because of Disability Rights Hippa law which give equal Rights lity every one Else I ask The Sum of 99 zillion Be paid in full to me because deformation false Statement

## Prayer

Plaintiff Kelvin W Edwards Prays that court will allow me to sue the BLM Producers for destroying my life and nd deformating my character and seducing my Client and freezing contract for sarrogate Babies even my pass History and allowed me to procreate athletic Babies And Become very Famous Because of its being multi talented and intelligent

LAMB COUNTY SHERIFF'S OFFICE
DETENTION CENTER

REQUEST FORM

INMATE:_____   TANK:_____   DATE:_____

☐ Administrator          ☐ Assistant Administrator                    ☐ Jailer

Please list in DETAIL the nature of your request:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RESPONDING PERSONNEL:                    ☐ Approved              ☐ Not Approved

NAME:_____   DATE:_____   TIME:_____

_____

_____

_____

_____

_____

_____

_____

_____

******ALL REQUESTS TO SPEAK WITH THE ADMINISTRATOR OR THE ASSISTANT ADMINISTRATOR
MUST BE MADE ON A REQUEST FROM STATING IN DETAIL WHY YOU WISH TO SPEAK WITH THEM.

making uniform judgement by BLM co-producers that is inappropriate to female Business famous people which fall under the Eight Amendment Claim Have Stated Such cases failure to conduct an adequate examination, failure to ask necessary question or take patient history or failing to conduct test that me as a Disabled Person call for. Phillip v Roane County Tenn 534 F.3d 531.544 (6th Ci, 2008) Mckenna v wright 386 F.2d 432.437 (2nd Cu 2004) as person who is not medically Unable to carry out my manly duties I demand that all deformation be take arsenic and heavily deatramental towards my family and my fame as a person who Have celebrity children who are very successful like Trey bong Niki Manarzi and Traee Ross and R. Kelly Co Producers for there own Reasons.

        Interference with judgement factor unrelated to disability or personal Sex life.

Interference By BLM Co-Producers and TDCJ Staff who who made inadequate report that as a disable person I could no longer procreate the successful children and famous individuals I was able to pro create in 1982 because of me Having grey Hair in my face and on my Hed Co Producers and Staff of TDCJ did not allow proper judgement for regulation and contracts that would make me equal to people where not disabled restricting me from personal Relation and care that would Better me financialy and give me good Sex with my lovers sed famous girl friends due to producers allowing these liests to use Steroids and Kould not pro create and Used is a medical reason to Have banished from the famou roductions with females who not only Love me But was forced By there production to leave me in a o-jail illegally because the State of TX freed me But gov abbott did not comply westracken 457 U.S 42.56 n15, 10 8 S. Ct 2250 (1988) Hartshull v Spivy 371 F.3d

Respectfully

all due Respect

Dr. Kelvin W Edward

forensic Dr assistant

S.V.U personally.

P.S. These Producers are going around all all city female agents who are famous not because of my surgical procedure I can not give them the pleasure they want due to my deliberate indifference which unfair and deformation and false statement and causes me to lose very famous Clients like Dr Mauro of Dallas TX Dr Docasandra of New TX Jennifer Aniston of Anaheim and Coney are of anaheim ca and Madonna from Beverly Hills Ca. and so on. who are Billionaire and together they are multi - zillionaries ,

Karen mitchell
let me know How much It cost to get it and could get you

Sincerely

Dr Kelvin Edwards

9 - 2 - 65

8 - 24 - 21    Send me legal copies

